DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 296P12 | Robert L. Sanford v. Roger Williams, Sr., and wife Kesia H. Williams, and the City of Hickory, a North Carolina Municipal Corporation | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-1066) | Denied |
|---|---|---|---|
| 297P12 | William Anthony Adkins II, Fiduciary and Administrator of the Estate of Nicholas Alexander Adkins, Deceased v. Judy Earlene Stilwell and The Southern Finishing Company, Inc. | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-1468) | Denied |
| 299P12 | Nick Ochsner v. Elon University and North Carolina Attorney General Roy Cooper | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-1571) | Allowed<br><br>**Timmons-Goodson, J. and Jackson, J., Recused** |
| 304P12 | State v. David Otis Mercer | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1532) | Denied |
| 305P12 | State v. Robert Lance Randall | Def's *Pro Se* Petition for *Writ of Mandamus* | Allowed see Special Order **07/26/12**<br><br>**Jackson, J., Recused** |
| 305PA12-2 | State v. Robert Lance Randall | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied<br><br>**Jackson, J., Recused** |
| 306P12 | State v. Adrian Lamont Pendergrass | Def's PDR Under N.C.G.S. § 7A-31 (COA12-128) | Denied |
| 307P12 | State v. Leon D. Heyward, Jr. | Def's *Pro Se* Motion for NOA Pursuant to Constitutional Questions (COAP12-525) | Dismissed |
| 308P12 | State v. Adam Troy Kittrell | Def's *Pro Se* Motion for Application of Plain Error Review | Dismissed |
| 309P12 | In the Matter of the Will of Nelle W. Barron, Deceased | Caveator's PDR Under N.C.G.S. § 7A-31 (COA11-1472) | Denied |